UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE WIMBERLEY,

    Plaintiff,

vs.                                                    Case No. 8:03-CV-2008-T-27TGW

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Thomas G. Wilson in which he recommends granting Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 18) in the amount of $2,887.50 (Dkt. 25). Neither party has objected to the Report and Recommendation. The Court having reviewed the Report and Recommendation (Dkt. 25), Plaintiff's Motion (Dkt. 18) and Defendant's Response (Dkt. 20), which states affirmatively that Defendant has no objection to the awarding of the requested fees, it is

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of Magistrate Judge Thomas G. Wilson is adopted, confirmed and approved in all respects and made a part of this order for all purposes.

2. Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 18) is **GRANTED**.

3. Plaintiff's counsel is awarded the sum of $2,887.50 as attorney's fees.

1

4. The Clerk is directed to close this case and deny all pending motions as moot.

**DONE AND ORDERED** at Tampa, Florida, on this 22 day of June, 2005.

                                           _____
                                           JAMES D. WHITTEMORE
                                           United States District Judge

Copies to:
Counsel of Record

2